**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Malibu Media LLC, | ) | |
| Plaintiff | ) | Case No: 14 C 6774 |
| | ) | |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| John Doe, subscriber assigned IP address 98.220.232.5, | ) ) | |
| Defendant | ) | |

**ORDER**

After careful review of this recently filed lawsuit, Plaintiff's counsel is authorized to proceed with expedited discovery and issue subpoena(s) to determine the identity of the Doe defendant. In the meantime, Plaintiff's Doe complaint is dismissed without prejudice to the filing of a proper amended complaint which expressly names the defendant. All discovery and third party subpoena(s) must be complied with even though the pending complaint is dismissed without prejudice.

Date: October 1, 2014

/s/ _____
Chief Judge Ruben Castillo